

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00045-CV

**IN RE** Alton **CRAIN**, Jr.

Original Proceeding[1]

PER CURIAM

Sitting:    Irene Rios, Justice
            Lori Massey Brissette, Justice
            Adrian A. Spears II, Justice

Delivered and Filed: February 11, 2026

DENIED

On December 14, 2026, Relator filed a petition for writ of mandamus seeking this court order the trial court grant Relator's request to have a free reporter's record prepared because he is indigent. Relator has not established entitlement to the relief sought. The petition for writ of mandamus is **DENIED**. All pending motions are **DENIED AS MOOT**.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2024CV03445, styled *Alton Crain Jr v. Mike Murach*, pending in the County Court at Law No. 3, Bexar County, Texas, the Honorable Cesar Garcia presiding.